## TYRONE CONNELLY *v.* SY ANOVRACK
## (AC 24948)

Schaller, Flynn and Hennessy, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

## ROCKVILLE BANK *v.* ADL CONCRETE
## CONSTRUCTION, INC., ET AL.
## (AC 24997)

Schaller, Flynn and Hennessy, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

## HILLARY KAYE *v.* WILLIAM KAYE
## (AC 25356)

Dranginis, Bishop and McLachlan, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The judgment is affirmed.